AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 4:48 pm, May 15, 2024

United States of America
v.
Gustav Seestedt

*Defendant*

)
)
)
)
)
)

Case: 1:24-cr-00235
Assigned to: Judge Berman Jackson Amy
Assign Date: 5/15/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gustav Seestedt

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2252(a)(2), (b)(1) (Distribution of Child Pornography)

*Issuing officer's signature*

Date:   05/15/2024

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/16/2024, and the person was arrested on *(date)* 05/16/24
at *(city and state)* Washington, D.C.

Date: 05/16/24

*Arresting officer's signature*

Kenneth Keh  DUSM
*Printed name and title*