UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 11, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-cr-235 (ABJ) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2251(a) |
| | : | (Sexual Exploitation of a Child) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2), (b)(1) |
| | : | (Distribution of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | 22 D.C. Code § 3008 |
| | : | (First Degree Child Sexual Abuse) |
| GUSTAV SEESTEDT, | : | |
| Defendant. | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 2253; |
| | : | 21 U.S.C. § 853(p) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about and between the dates of June 1, 2005, and May 31, 2009, within the District of Columbia and elsewhere, the defendant, **GUSTAV SEESTEDT**, did knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce.

(**Sexual Exploitation of a Child**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

In or about and between June 1, 2005 and July 31, 2005, within the District of Columbia, the defendant, **GUSTAV SEESTEDT**, being more than four years older than Victim 1, a child under sixteen years of age, that is fourteen years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, contact between Victim 1's mouth and **GUSTAV SEESTEDT'S** penis.

(**First Degree Child Sexual Abuse**, in violation of 22 D.C. Code, Section 3008 (2001 ed.))

## COUNT THREE

In or about and between June 1, 2005 and July 31, 2005, within the District of Columbia, the defendant, **GUSTAV SEESTEDT**, being more than four years older than Victim 1, a child under sixteen years of age, that is fourteen years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, penetration of Victim 1's vulva with **GUSTAV SEESTEDT'S** finger with the intent to abuse humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(**First Degree Child Sexual Abuse**, in violation of 22 D.C. Code, Section 3008 (2001 ed.))

## COUNT FOUR

On or about May 8, 2024, within the District of Columbia, the defendant, **GUSTAV**

**SEESTEDT** did knowingly distribute and attempt to distribute one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means, including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1))

## COUNT FIVE

On or about May 16, 2024, within the District of Columbia and elsewhere, the defendant, **GUSTAV SEESTEDT**, did knowingly possess 1 or more images or video files, or other matter, which contain any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B))

## FORFEITURE ALLEGATION

1. The United States hereby gives notice to the defendant, **GUSTAV SEESTEDT**, that upon his conviction of the offense charged in Count One of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which

contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL:

*Matthew M. Graves /JJI*

FOREPERSON

Attorney of the United States in
and for the District of Columbia