**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 24-CR-235 (ABJ)** |
| **GUSTAV SEESTEDT,** | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 4th Production, as outlined in the enclosed discovery letter.

                                                                  Respectfully submitted,

                                                                  MATTHEW M. GRAVES
                                                                  United States Attorney
                                                                  D.C. Bar No. 481052

Dated: November 36, 2024               By: /s/ *Karen L. Shinskie*
                                                                Karen L. Shinskie
                                                                D.C. Bar No. 1023004
                                                                Assistant United States Attorney
                                                               United States Attorney's Office for the
                                                               District of Columbia
                                                               601 D Street, N.W.
                                                                Washington, D.C. 20530
                                                               (202) 730-6878
                                                               Karen.Shinskie@usdoj.gov