

U.S. Department of Justice
Matthew Graves
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

November 26, 2024

**VIA EMAIL**

Michael Lawler
mlawlor@verizon.net

Adam Demetriou
ademetriou@brennanmckenna.com

    Re: Discovery Production Letter No. 4
      <u>United States v. Gustav Seestedt,</u> 24-cr-235 (ABJ)

Dear Counsel:

  I am writing to memorialize the production of the following material in discovery:

**On USAFX:**

Production No. 4:

- Seestedt_GJ Transcript.08-14-24_Redacted.pdf

  This material includes a transcript from testimony of a grand jury witness that is being disclosed pursuant the court's May 21, 2024, Order granting the Government's Motion to Disclose grand jury information protected under Rule 6(e).  This material is "SENSITIVE".  As detailed in the Protective Order, as Sensitive Material, it must be maintained in your custody and control. While you may show these documents to the defendant, you may not allow the defendant to maintain copies or write down any personal identity information.  Furthermore, absent the Court's permission, you may not include this information in any public filings.

  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

1

2

      Furthermore, the government is in possession of two hand-written journals that were kept and maintained by MV-1 and which contain some of her contemporaneous notes and reflections relating to the incidents that she described in her interview with law enforcement and in her grand jury testimony. The journals also contain post-it notes that MV-1 and Special Agent Griffith placed on certain journal entries when they were reviewing the material.

      If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

      Should you have any questions about these materials, please do not hesitate to contact me.

      Sincerely,

      */s/ Karen L. Shinskie*
      Karen L. Shinskie
      Assistant United States Attorney
      Phone: (202) 730-6878
      Email: Karen.Shinskie@usdoj.gov