## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **Case No. 24-cr-235-ABJ** |
| **GUSTAV SEESTEDT** | * | |
| | * | |
| **Defendant.** | * | |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, Gustav Seestedt, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1.      Mr. Seestedt was first charged in this case by way of an Indictment filed on May 15, 2024. On October 23, 2024, the Government filed a Superseding Indictment. A status conference is currently scheduled for December 18, 2024 at 9:30 a.m.

2.      At this time, Mr. Seestedt respectfully requests that the Court continue the status conference to a date in late-January 2025 that is convenient for the Court and the parties. The Government has made four discovery productions in this case. Counsel continue to review the discovery. However, there is certain material, including material related to counts added in the Superseding Indictment, that counsel must review at the United States Attorney's Office. In light of counsel's trial

schedule, counsel have not yet had a chance to schedule an evidence review with the Government. Additionally, the Government has recently informed counsel that it is prepared to discuss a potential resolution in this matter. In order to permit counsel to conduct an evidence review and to allow the parties to engage in plea discussions, Mr. Seestedt respectfully requests that the Court continue the status conference in this case. The undersigned counsel are scheduled to appear for a jury trial before Judge Mehta beginning on January 13, 2025. *See United States v. White*, No. 24-cr-039-APM (D.D.C.). Accordingly, to allow time for the evidence review and discussions between the parties, Mr. Seestedt respectfully requests that the Court schedule a status conference for late-January 2025.

3.      This Motion is unopposed. The undersigned counsel have contacted AUSA Karen Shinskie, who has advised that the Government does not oppose the requested continuance.

4.      Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new status conference date with the parties.

5.      Mr. Seestedt consents to tolling time under the Speedy Trial Act through the date of the next hearing.

6.      Accordingly, Mr. Seestedt respectfully requests that this Honorable Court continue the December 18 status conference to a date convenient for the Court and the parties in late-January 2025.

Respectfully submitted,

/s/
_____

Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____

Michael E. Lawlor