

U.S. Department of Justice
Edward R. Martin, Jr.
Acting United States
Attorney *District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

February 3, 2025

**VIA EMAIL**

Michael Lawler
mlawlor@verizon.net

Adam Demetriou
ademetriou@brennanmckenna.com

   Re: Discovery Production Letter No. 5
     <u>*United States v. Gustav Seestedt,* 24-cr-235 (ABJ)</u>

Dear Counsel:

  I am writing to memorialize the production of the following material in discovery:

**On USAFX:**

Production No. 5:

- 305I-WF-3906670_0000061_1A0000022_0000001.pdf
- 305I-WF-3906670_0000061.pdf
- 305I-WF-3906670_0000060_Redacted.pdf
- 305I-WF-3906670_0000060_1A0000021_0000001.wav
- 305I-WF-3906670_0000060_1A0000020_0000001_Redacted.pdf
- 305I-WF-3906670_0000059_Redacted.pdf
- 305I-WF-3906670_0000059_1A0000019_0000001_Redacted.pdf

  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

  Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Karen L. Shinskie*
Karen L. Shinskie
Assistant United States Attorney
Phone: (202) 730-6878
Email: Karen.Shinskie@usdoj.gov