## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **Case No. 24-cr-235-ABJ** |
| **GUSTAV SEESTEDT** | * | |
| | * | |
| **Defendant.** | * | |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, Gustav Seestedt, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1.      Mr. Seestedt was first charged in this case by way of an Indictment filed on May 15, 2024. On October 23, 2024, the Government filed a Superseding Indictment. A status conference is currently scheduled for March 10, 2025 at 9:30 a.m.

2.      At this time, Mr. Seestedt respectfully requests that the Court continue the status conference for approximately 45 days.    Review of discovery and discussions about a pre-trial resolution of the case are ongoing and additional time will aid in those efforts, Mr. Seestedt respectfully requests that the Court continue the status conference in this case.

3.      This Motion is unopposed. The undersigned counsel have contacted AUSA Karen Shinskie, who has advised that the Government does not oppose the requested continuance.

4.      Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new status conference date with the parties.

5.      Mr. Seestedt consents to tolling time under the Speedy Trial Act through the date of the next hearing.

6.      Accordingly, Mr. Seestedt respectfully requests that this Honorable Court continue the March 10, 2025 status conference by approximately 45 days to a date convenient for the Court and the parties.


Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2025, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor