IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 24-cr-235-ABJ |
| GUSTAV SEESTEDT          * | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED EMERGENCY MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, Gustav Seestedt, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Emergency Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1. Mr. Seestedt was first charged in this case by way of an Indictment filed on May 15, 2024. On October 23, 2024, the Government filed a Superseding Indictment. A status conference is currently scheduled for April 21, 2025 at 2 pm.

2. At this time, Mr. Seestedt respectfully requests that the Court continue the status conference to a date that is convenient for the Court and the parties. Counsel sincerely apologize to the Court for the timing of this motion. Lead counsel for Mr. Seestedt is currently appearing before the Circuit Court for Baltimore City in the matter of *State v. Petway*, No. C-24-CR-25-001154. Based on information received in court this morning, it appears that the matter will extend into this

1

afternoon. Additionally, the parties were scheduled to conduct an evidence review on March 28. Unfortunately, on that date, lead counsel for Mr. Seestedt fell ill and the review was cancelled. Lead counsel for Mr. Seestedt and Government counsel were both away from their respective offices last week and therefore have not yet been able to complete the evidence review. A brief continuance of the status conference would permit the parties to conduct the evidence review and engage in plea negotiations.

3. This Motion is unopposed. The undersigned counsel have contacted AUSA Karen Shinskie, who has graciously advised that the Government does not oppose the requested continuance.

4. The parties have conferred and are available for a status conference on May 22, 2025 at any time after 10 a.m. In the alternative, if the Court is unavailable on May 22, the parties are available on the afternoon of May 8.

5. Mr. Seestedt consents to tolling time under the Speedy Trial Act through the date of the next hearing.

6. Accordingly, Mr. Seestedt respectfully requests that this Honorable Court continue the April 21 status conference to a date convenient for the Court and the parties.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2025, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor

3