## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA | * |
|   | * |
| v. | Criminal Case No. 24-CR-235 (ABJ) |
|   | * |
| GUSTAV SEESTEDT, | |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE & ASSERTION OF CRIME VICTIM'S RIGHTS**

The undersigned hereby respectfully notifies the clerk of this court and all parties of their appearance in the above captioned case on behalf of the Victim ("Victim 1/Minor Victim 1") and requests that they be properly noticed of any relevant filings, hearings, or court dates throughout the duration of the case.[1]

Pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771, and Rule 60 of the Federal Rules of Criminal Procedure, the Victim intends to assert any and all applicable rights, including but not limited to:

- The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused (18 U.S.C. § 3771(a)(2));

- The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding (18 U.S.C. § 3771(a)(3));

---

[1] *See, e.g.*, *United States v. Mahon*, No. CR 09-712-PHX-DGC, 2010 WL 94247 (D. Ariz. Jan. 5, 2010) (slip copy) (filing a notice of appearance is a reasonable procedure for receiving copies of filings and ensuring the protection of a victim's rights).

- The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding (18 U.S.C. § 3771(a)(4));

- The reasonable right to confer with the attorney for the Government in the case (18 U.S.C. § 3771(a)(5));

- The right to full and timely restitution as provided in law (18 U.S.C. § 3771(a)(6));

- The right to proceedings free from unreasonable delay (18 U.S.C. § 3771(a)(7));

- The right to be treated with fairness and with respect for the victim's dignity and privacy (18 U.S.C. § 3771(a)(8)); and

- Any other relief the Court deems just and proper.

Finally, the Victim is represented in this matter by undersigned counsel, and as such, Victim is a "represented person" for the purposes of the D.C. Rules of Professional Conduct 4.2(a), which provides:

> During the course of representing a client, a lawyer shall not communicate or cause another to communicate about the subject of the representation with a person known to be represented by another lawyer in the matter, unless the lawyer has the prior consent of the lawyer representing such other person or is authorized by law or court to do so.

Dated: August 20, 2025                         Respectfully submitted,

/s/ Melissa Skarjune
Melissa Skarjune
D.C. Bar No. 90030103
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
melissa.skarjune@hoganlovells.com
Tel. (202) 637-5600
*Counsel for Victim*

## **CERTIFICATE OF PRO BONO REPRESENTATION**

      I hereby certify that I am representing the Victim in this matter pro bono and am requesting admission to the United States District Court for the District of Columbia for the purpose of this limited matter. Attached to this certification is a Certificate of Good Standing from the District of Columbia Bar.

Dated: August 20, 2025                                         /s/ Melissa Skarjune

                                                                Melissa Skarjune
                                                                D.C. Bar No. 90030103
                                                                HOGAN LOVELLS US LLP
                                                                555 Thirteenth Street, NW
                                                                Washington, DC 20004
                                                                melissa.skarjune@hoganlovells.com
                                                                Tel. (202) 637-5600
                                                                *Counsel for Victim*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I served a true and correct copy of this Notice of Appearance and Assertion of Victim's Rights upon the following counsel of record electronically via the Court's electronic filing system upon:

Michael E. Lawlor
Adam Christopher Demetriou
BRENNAN MCKENNA & LAWLOR
6305 Ivy Lane
Suite 700
Greenbelt, MD 20770
(301) 474-0044
Email: mlawlor@brennanmckenna.com
Email: ademetriou@brennanmckenna.com
*Counsel for Defendant*


Karen Shinskie
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW
Washington DC 20530
(202) 252-7688
Email: karen.shinskie@usdoj.gov
*Counsel for the United States of America*

/s/ Melissa Skarjune
Melissa Skarjune
D.C. Bar No. 90030103
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
melissa.skarjune@hoganlovells.com
Tel. (202) 637-5600
*Counsel for Victim*