IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * Case No. 24-cr-235-ABJ |
| GUSTAV SEESTEDT | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Gustav Seestedt, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing. In support of this Motion, counsel states as follows.

1. On September 2, 2025, Mr. Seestedt appeared before the Court and entered a guilty plea in this matter. A mandatory minimum sentence of 15 years of imprisonment applies in this case. Sentencing is currently scheduled for January 8, 2026. At this time, Mr. Seestedt respectfully requests that the Court continue the sentencing hearing to a date in early May 2026 that is convenient for the Court and the parties.

2. Mr. Seestedt has already completed the interview for the Presentence Investigation Report. However, counsel must supply the United States Probation Office with additional information for inclusion in the PSR. In light of counsel's schedule this Fall, which included a lengthy murder trial, several sentencings, and counsel's appointment as learned counsel in two capital-eligible federal cases,

1

counsel has not yet been able to provide the Probation Office with that information. Additionally, counsel is arranging for Mr. Seestedt to be evaluated by an expert in advance of sentencing and requires additional time to seek the appointment of the expert and have the evaluation completed.

3. This Motion is unopposed. The undersigned counsel has conferred with AUSA Karen Shinskie, who has advised that the Government does not oppose the requested continuance. AUSA Shinskie expects to begin a two-week trial on or about April 20, 2026. Counsel therefore seeks a new sentencing date in early May 2026.

4. Should the Court grant the requested continuance, the parties with confer with the Courtroom Deputy Clerk to clear a new sentencing date.

5. Accordingly, Mr. Seestedt respectfully requests that this Honorable Court continue the sentencing hearing to a date in early May 2026 that is convenient for the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2025, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor